IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ALEXIS ALEJANDRO SALINAS & BIANCA SALINAS, individually ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ) ) ) Plaintiffs, ) ) ) v. ) ) TAMI SCHNEIDER and the BOARD ) OF EDUCATION OF WAYNESVILLE ) R-VI SCHOOL DISTRICT ) ) Defendants. ) | Case No. Removed from the Circuit Court of the Pulaski County, 25th Judicial Circuit, Missouri Case No. 24PU-CV00562 **JURY TRIAL DEMANDED** |

### NOTICE TO PLAINTIFFS OF REMOVAL

To: Ron Ribaudo
The RIBAUDO LAW FIRM
526 Oak Bridge Drive
Ballwin, MO 63021
ron@ribaudolaw.com

YOU ARE HEREBY NOTIFIED that Defendant Waynesville R-VI School District (erroneously designated as the Board of Education of Waynesville R-VII School District) has filed, by and through the undersigned counsel, a Notice of Removal for the case of *Alexis Alejandro Salinas & Bianca Salinas,* ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, *v. Tami Schneider and the Board of Education of Waynesville R-VI School District, Defendants*, initiated in the Circuit Court of the Pulaski County, Missouri, and assigned Case No. 24PU-CV00562, on this 9th day of July, 2024, with the United States District Court for the Western District of Missouri, Southern Division. A copy of said Notice of Removal is attached hereto and hereby served upon you.

1

**BUCKLEY & BUCKLEY, L.L.C.**

By: /s/ Joshua J. Engelbart
Joshua J. Engelbart     #50316MO
Adriani P. Sulser       #33103MO
800 Market Street, Suite 2900
St. Louis, MO 63101
Telephone: (314) 621-3434
Facsimile: (314) 621-3485
engelbart@buckleylawllc.com
sulser@buckleylawllc.com
Attorneys for Defendant Waynesville R-VI School District

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July 2024, I electronically signed the original of the above filing, and the same was sent via U.S. Mail and email to:

Ron Ribaudo
The RIBAUDO LAW FIRM
526 Oak Bridge Drive
Ballwin, MO 63021
ron@ribaudolaw.com
Attorney for Plaintiffs Alexis Alejandro Salinas
& Bianca Salinas, individually,
and as next friends for Jason Ricardo Salinas.

/s/ Joshua J. Engelbart